**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY J. OVITSKY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN BERNARDINO, ET AL.,<br><br>　　　　　Defendants. | CASE NO. ED CV 12-00808 RJK (RZ)<br><br>ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendations in the First Interim Report.

Accordingly, it is ORDERED that Defendant County of San Bernardino's Motion to Dismiss is granted; the County is dismissed from the action without leave to amend, (a) with prejudice as to Plaintiff's federal legal claims and (b) without prejudice as to Plaintiff's non-federal legal claims.

When Judgment is entered, the Judgment shall reflect this ruling of the Court.

DATED: November 30, 2012

　　　　　　　　　　　　　　　　　　　_/s/ Gary Klausner_
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE