**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY J. OVITSKY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, ET AL., <br><br> Defendants. | CASE NO. ED CV 12-00808 RGK (RZ) <br><br> ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Second Report.

DATED: January 16, 2013

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE