O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY J. OVTISKY, | CASE NO. ED CV 12-00808 RGK (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CITY OF SAN BERNARDINO, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: January 16, 2013

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE